UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CALUMET CITY, | ) | FILED: 5/7/2008 |
| | ) | 08 CV 2639 JH |
| Plaintiff, | ) No. | JUDGE GETTLEMAN |
| | ) | MAGISTRATE JUDGE VALDEZ |
| v. | ) | |
| | ) | |
| SECRETARY OF HOUSING AND URBAN | ) | (formerly case no. 08 M6 001553 in |
| DEVELOPMENT, UNKNOWN OWNERS | ) | the Circuit Court of Cook County, |
| and NON-RECORD OWNERS, | ) | Illinois.) |
| | ) | |
| Defendants | ) | |

## NOTICE OF REMOVAL

To:   Clerk of the Circuit Court            Dennis G. Gianopolus
      of Cook County                        18511 Torrence Avenue
      Sixth Municipal District              Lansing, Illinois 60438
      16501 South Kedzie Parkway
      Room 119
      Markham, Illinois 60426

PLEASE TAKE NOTICE that the United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois has hereby caused the removal of the above-captioned case from the Circuit Court of Cook County, Illinois to this court, pursuant to 28 U.S.C. § 1442, and as grounds therefore states the following:

1. On or about April 4, 2008, a complaint was filed in the Circuit Court of Cook County against the Secretary of the United States Department of Housing and Urban Development ("HUD") to demolish property which is allegedly owned by HUD.

2. A copy of the complaint was received by Office of the United States Attorney on April 17, 2008.

3. The HUD Secretary is an officer of the United States government, and HUD is an agency of the United States government.

4. The matter is therefore an action against an officer or agency of the United States and thus is subject to removal to this Court pursuant to 28 U.S.C. § 1442.

5. This removal notice does not waive any defenses the United States may have to the underlying cause of action, and the United States expressly reserves any and all defenses it may have.

6. The United States of America attaches as Exhibit A all process and pleadings received by it in this action.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/Ernest Y. Ling
       ERNEST Y. LING
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5870
       ernest.ling@usdoj.gov

08 CV 2639
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

# Exhibit A

(Rev. 1/23/03) CCM 0649 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
SIXTH MUNICIPAL DISTRICT

Name All parties

CITY OF CALUMET CITY,
A MUNICIPAL CORPORATION
         Plaintiff(s)
vs.

SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, UNKNOWN
OWNERS and NON-RECORD CLAIMANTS,
         Defendant(s)

SECRETARY OF HOUSING
AND URBAN DEVELOPMENT
77 W. Jackson
Chicago, Illinois 60604
    Address of Defendant(s)

Case No.: _____

Amount Claimed $: _____

Return Date: 5-9-08

Status Date: 5-12-08

Trial Date: _____

Time: 9 a.m. Room: 201

SUMMONS

To each defendant:

    YOU ARE SUMMONED and required:

    1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1:  Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2:  5600 Old Orchard Rod., Rm 136; Skokie, IL 60077    ☐ District 3:  2121 Euclid, Rm 121; Rolling Meadows, IL 60008
☐ District 4:  1500 Maybrook Dr., Rm 236; Maywood, IL 60153    ☐ District 5:  10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
X District 6:  16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60426.

On _____, _____ before 9:00 a.m.

    2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: 34464

Name: Dennis G. Gianopolus

Atty. for: Plaintiff

Address: 18511 Torrence Avenue

City/State/Zip: Lansing, IL 60438

Telephone: (708) 889-9626

WITNESS, _____

DOROTHY BROWN  APR 0 4 2008

DOROTHY BROWN, Circuit Court Clerk

Date of Service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

** Service by Facsimile Transmission will be accepted at (708) 889-9634
                      (Area Code)         (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

APPEARANCE FEES INCLUDE A COUNTY LAW LIBRARY FEE OF $10.00, THE COURT AUTOMATION FEE OF $5.00, DOCUMENT STORAGE FEE OF $5.00 AND THE MANDATORY ARBITRATION FEE OF $10.00 WHERE APPLICABLE.

JURY FEES ARE AS FOLLOWS:

APPEARANCE FEES (BASED ON AMOUNT OF CLAIM)
(ALL CASES; NO DISPUTE RESOLUTION CHARGED)

| | |
|---|---|
| FORCIBLE DETAINER (POSSESSION ONLY) | $110.00 |
| $1,500.00 OR LESS | $110.00 |
| $1500.00, to $15,000.00 | $120.00 |
| MORE THAN $15,000.00 | $140.00 |

CLAIMS FOR DAMAGES NOT IN EXCESS OF $5,000.00
*SIX-PERSON     $12.50
*TWELVE-PERSON JURY     $25.00 or
$12.50 if another party paid for a jury of six

CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00
*SIX-PERSON     $115.00
*TWELVE-PERSON JURY  $230.00 or
$115.00 if another party paid for a jury of six

CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00
*TWELVE-PERSON JURY  $230.00

*THESE FEES MAY BE WAIVED BY APPROPRIATE COURT ORDER. YOU HAVE THE RIGHT TO FILE A PETITION SEEKING SUCH AN ORDER.

## NOTICE TO PLAINTIFF

_____ You MUST select a return day of:
Not less than 14 or more than 40 days after issuance of summons if amount claimed is $5000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $5000.

## NOTICE TO DEFENDANT

* 1. This case may/may not be heard on the day for appearance specified in the summons.

2. If the complaint is notarized, your answer must be notarized.

3. On the specified Return Day, on of the following may occur:

   a. If you are sued for $5000 or less, you need not file an answer unless ordered to do so by the court.

      (1) If Plaintiff is not present, the case may be dismissed for want of prosecution.

      (2) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

      (3) If you have filed an appearance and are present on Return Day, trial may held that day, or may be set for another day certain.

   b. If you are sued for more than $5000, and if you have filed your appearance on time, you must file your answer not later than 10 days after the day for appearance specified above. If you filed your written appearance on or before Return Day, your case will be postponed 21 days to the Default-for-Want-of-Answer Call at 9:00 a.m. If you have filed your answer on time, you need not appear for the Default for Want of Answer Call. Your case will be postponed for trial on a date certain in a courtroom designated by the Presiding Judge. If you have not filed your appearance or answer on time, Plaintiff may obtain an exparte default judgment against you for the amount claimed. if plaintiff is not present for the Default-for-Want-of-Answer call, the case will be dismissed for want of prosecution.

* 4. If the claim is for personal injury, or is a civil case in which plaintiff has filed a jury demand, you will be required to file you appearance in person or by attorney by Return Day and your answer as required by Par. 3(b) above. These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge. Neither Plaintiff nor Plaintiff's attorney will be required to be present on return day, or on Default-for-Want-of-Answer Call. The case will be set for STATUS at 9:00 a.m., 91 days after the Return Day. Plaintiff and Defendant will be required to appear in court on that status day.

5. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

* 6. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the court.

    * Pertaining to third district only.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(Rev. 1/23/03) CCM 0649 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
SIXTH MUNICIPAL DISTRICT

Name All parties

CITY OF CALUMET CITY,
A MUNICIPAL CORPORATION
         Plaintiff(s)
      vs.

SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, UNKNOWN
OWNERS and NON-RECORD CLAIMANTS,
         Defendant(s)

SECRETARY OF HOUSING
AND URBAN DEVELOPMENT
77 W. Jackson
Chicago, Illinois 60604
         Address of Defendant(s)

Case No.:

Amount Claimed $:

Return Date: 5-9-08

Status Date: 5-12-08

Trial Date:

Time: 9 a.m. Room: 201

SUMMONS

To each defendant:

    YOU ARE SUMMONED and required:

    1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rod., Rm 136; Skokie, IL 60077    ☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153    ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
X District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60426.

On _____, _____ before 9:00 a.m.

    2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: 34464
Name: Dennis G. Gianopolus
Atty. for: Plaintiff
Address: 18511 Torrence Avenue
City/State/Zip: Lansing, IL 60438
Telephone: (708) 889-9626

WITNESS, _____

_____
DOROTHY BROWN, Circuit Court Clerk

Date of Service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

** Service by Facsimile Transmission will be accepted at (708) 889-9634
         (Area Code)         (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

APPEARANCE FEES INCLUDE A COUNTY LAW LIBRARY FEE OF $10.00, THE COURT AUTOMATION FEE OF $5.00, DOCUMENT STORAGE FEE OF $5.00 AND THE MANDATORY ARBITRATION FEE OF $10.00 WHERE APPLICABLE.

APPEARANCE FEES (BASED ON AMOUNT OF CLAIM)
(ALL CASES; NO DISPUTE RESOLUTION CHARGED)
FORCIBLE DETAINER (POSSESSION ONLY)       $110.00
$1,500.00 OR LESS                          $110.00
$1500.00, to $15,000.00                    $120.00
MORE THAN $15,000.00                       $140.00

JURY FEES ARE AS FOLLOWS:

CLAIMS FOR DAMAGES NOT IN EXCESS OF $5,000.00
*SIX-PERSON      $12.50
*TWELVE-PERSON JURY      $25.00 or
$12.50 if another party paid for a jury of six

CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00
*SIX-PERSON      $115.00
*TWELVE-PERSON JURY $230.00 or
$115.00 if another party paid for a jury of six

CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00
*TWELVE-PERSON JURY $230.00

*THESE FEES MAY BE WAIVED BY APPROPRIATE COURT ORDER. YOU HAVE THE RIGHT TO FILE A PETITION SEEKING SUCH AN ORDER.

## NOTICE TO PLAINTIFF

_____ You MUST select a return day of:
Not less than 14 or more than 40 days after issuance of summons if amount claimed is $5000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $5000.

## NOTICE TO DEFENDANT

* 1. This case may/may not be heard on the day for appearance specified in the summons.

2. If the complaint is notarized, your answer must be notarized.

3. On the specified Return Day, on of the following may occur:

    a. If you are sued for $5000 or less, you need not file an answer unless ordered to do so by the court.

       (1) If Plaintiff is not present, the case may be dismissed for want of prosecution.

       (2) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

       (3) If you have filed an appearance and are present on Return Day, trial may held that day, or may be set for another day certain.

    b. If you are sued for more than $5000, and if you have filed your appearance on time, you must file your answer not later than 10 days after the day for appearance specified above. If you filed your written appearance on or before Return Day, your case will be postponed 21 days to the Default-for Want-of Answer Call at 9:00 a.m. If you have filed your answer on time, you need not appear for the Default for Want of Answer Call. Your case will be postponed for trial on a date certain in a courtroom designated by the Presiding Judge. If you have not filed your appearance or answer on time, Plaintiff may obtain an exparte default judgment against you for the amount claimed. if plaintiff is not present for the Default-for-Want-of-Answer call, the case will be dismissed for want of prosecution.

* 4. If the claim is for personal injury, or is a civil case in which plaintiff has filed a jury demand, you will be required to file you appearance in person or by attorney by Return Day and your answer as required by Par. 3(b) above. These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge. Neither Plaintiff nor Plaintiff's attorney will be required to be present on return day, or on Default-for-Want-of-Answer Call. The case will be set for STATUS at 9:00 a.m., 91 days after the Return Day. Plaintiff and Defendant will be required to appear in court on that status day.

5. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

* 6. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the court.

     * Pertaining to third district only.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, SIXTH DISTRICT

| | |
|---|---|
| CITY OF CALUMET CITY, <br> a Municipal Corporation <br><br> Plaintiff, <br><br> vs. <br><br> SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS, <br><br> Defendants. | 08M6001553 <br><br> Case No. <br> Amount over $30,000 |

### VERIFIED COMPLAINT FOR DEMOLITION

Now comes the CITY OF CALUMET CITY, a Municipal Corporation, by and through its attorneys, THE LAW OFFICE OF DENNIS G. GIANOPOLUS, P.C., and hereby moves this Honorable Court for the entry of an Order for Demolition.

1. The Plaintiff, the CITY OF CALUMET CITY, is a municipal corporation organized and existing pursuant to the laws of the State of Illinois.

2. The Defendants, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS, own and/or control and/or have an interest in certain real property commonly known as **408 Price Avenue**, Calumet City, Illinois, and legally described as follows:

   > LOT THIRTY-FIVE (35), LOT THIRTY-SIX (36) IN BLOCK TWO (2) IN FULCHER'S ADDITION TO HAMMOND, BEING A SUBDIVISION OF ALL THAT PART OF THE WEST HALF (1/2) OF THE NORTHWEST QUARTER (1/4), LYING SOUTH OF THE MICHIGAN CENTRAL RAILROAD OF SECTION 8, TOWNSHIP 36 NORTH, RANGE 15 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS.
   > PIN 30-08-104-037 & 038-0000;

3. Notice of violations and a request to take action regarding the property were sent to the following as owners and lien holders of record of said property:

- Secretary of Housing and Urban Development, 77 W. Jackson, Chicago, IL 60604, via return receipt requested certified U.S. mail on March 4, 2008.

4. This proceeding, regarding a dangerous and unsafe building, is brought pursuant to the Illinois Municipal Code, 65 ILCS 5/11-31-1 (a) which, in pertinent part, states;

> "The corporate authorities shall apply to the circuit court of the county in which the building is located (i) for an order authorizing action to be taken with respect to a building if the owner or owners of the building, including the lien holder of record, after at least 15 days' written notice by mail so to do, have failed to put the building in a safe condition or to demolish it or (ii) for an order requiring the owner or owners of record to demolish, repair, or enclose the building or to remove garbage, debris, and other hazardous, noxious, or unhealthy substances or materials from the building. It is not a defense to the cause of action that the building is boarded up or otherwise enclosed, although the court may order the defendant to have the building boarded up or otherwise enclosed. Where, upon diligent search, the identity or whereabouts of the owner or owners of the building, including the lien holders of record, is not ascertainable, notice mailed to the person or persons in whose name the real estate was last assessed is sufficient notice under this Section."

5. By virtue of § 14-22 of Codified Ordinances of the City ("Codified Ordinances"), the City has adopted by reference, the International Property Maintenance Code ("IPMC") and the International fire Code ("IFC").

6. The CITY OF CALUMET CITY has inspected the premises located at **408 Price Avenue,** Calumet City, Illinois; and has found that the following dangerous conditions and IPMC violations exist on the subject property which the Owners have had due opportunity to remedy and have failed to do so:

- The Property has been deemed an unsafe structure per section 108.1.1 of the IPMC in that it is found to be dangerous to the life, health, property, or safety of the public or the occupants in the event of fire, and because such structure contains unsafe equipment and is so damaged, decayed, dilapidated, structurally unsafe, and of such faulty construction or unstable foundation, that partial or complete collapse is possible.

- IPMC 303.6- Exterior wall damage, not weatherproofed, not tuckpointed, etc.; rot at wood chimney cover; rot at back decking; block walls cracked
- IPMC 303.11- Chimneys are not sound; wood chimney, cover rotted, pulling apart
- IPMC 304.1- Interior structure in good repair, sound and sanitary; broken doors, windows, uneven floors, possible sewer backup or sump went out but water damage; open walls; bath floor rot; drug paraphernalia; garbage and debris; cracked ceiling, open wires; dining room ceilings leaking from roof; dining room floor down one inch from kitchen floor; ceiling damage downstairs, drain leaking; cracked concrete floors
- IPMC 304.2- Interior structural members sound and capable; possible load bearing wall removed in front room, ceiling bowing down; bath floor rot; support system for kitchen and dining rooms consist of 2x4s on dirt; improper supports for stairway to basement and kitchen; improper supports under kitchen floor; cracked floors, wall cut out, no header; temporary jacks; homemade support for home renovation, hole chopped into concrete floor to make room for post; hole chopped in floor of support post, no pad; stairway not proper, uneven size risers and threads, not proper support underneath; not proper supports under floors at kitchen and dining room, uneven surfaces; beam bowing down; boards separating

- The Property has been deemed a structure unfit for human occupancy per section 108.1.3 of the IPMC.
- The Property has been deemed worthy of Demolition by the City's Department of Inspectional Services per section 110.1 of the IPMC.
- The property is in violation of the following Codes;
    - IPMC 108.1.1- Unsafe structure; possible load bearing wall removed in front room, ceiling bowing down; open wires in ceiling, no J-box; deck roof attached with blocks laying on roof; support system for kitchen and dining rooms consist of 2x4s on dirt; improper supports for stairway to basement and kitchen; improper supports under kitchen floor; cracked floors, wall cut out, plumbing not to code; homemade support for home renovation, hole chopped into concrete floor to make room for post; numerous cracks in basement floor; stairway not proper, uneven size risers and threads, not proper support underneath; not proper supports under floors at kitchen and dining room, uneven surfaces; beam bowing down
    - IPMC 108.1.3- Unfit for human occupancy; tagged NAO
    - IPMC 303.5- Foundation in poor condition; block walls cracked; support system for kitchen and dining rooms consist of 2x4s on dirt
    - IPMC 303.2- Exterior structure in good repair, sound and sanitary; front porch, roof supports rotten; back porch roof and supports rotted, hole in roof; back shed shingles missing, needs paint, door out of alignment; rot at wood chimney cover

- IPMC 306.1- General infestation; mice droppings in kitchen; mice infestation
- IPMC 505.1- Plumbing properly connected and hot water present; S-trap, plastic supplies; improper drain hookup on dishwasher
- IPMC 506.2- Drainage system maintained; possible sewer backup or sump went out but water damage; S-trap, plastic supplies; improper drain hookup on dishwasher; ceiling damage downstairs, drain leaking; plumbing not to code
- IPMC 605.1- Electric installed and maintained properly; UF cable, no cover GFI (front porch); open wires in ceiling, no J-box; cracked ceiling, open wires; cover off electric meter, loose conduit
- IPMC 102.5- All existing work done in a workman like manner; ceiling damage; support system for kitchen and dining rooms consist of 2x4s on dirt downstairs, drain leaking; improper supports for stairway to basement and kitchen; improper supports under kitchen floor; homemade support for home renovation, hole chopped into concrete floor to make room for post; numerous cracks in basement floor; stairway not proper, uneven size risers and threads, not proper support underneath; not proper supports under floors at kitchen and dining room, uneven surfaces
- IPMC 104.3- Improper or used materials not approved; piece of paneling over window; support system for kitchen and dining rooms consist of 2x4s on dirt; homemade support for home renovation, hole chopped into concrete floor to make room for post

- IPMC 303.7- Roof and gutters are sound, tight, and do not have defects; front porch, roof supports rotten; deck roof attached with blocks laying on roof; door out of alignment; hole in back decking floor; hole in roof and leaking onto back porch deck; shingles torn off; front porch leaking
- IPMC 304.3- Interior surfaces good, clean and sanitary; broken doors, windows, uneven floors, possible sewer backup or sump went out but water damage; bath floor rot; drug paraphernalia; garbage and debris; cracked ceiling, open wires; dining room ceilings leaking from roof; dining room floor down one inch from kitchen floor; ceiling damage downstairs, drain leaking; support system for kitchen and dining rooms consist of 2x4s on dirt; cracked floors, wall cut out; homemade support for home renovation, hole chopped into concrete floor to make room for post; hole chopped in floor of support post, no pad; not proper supports under floors at kitchen and dining room, uneven surfaces
- IPMC 305.1- Accumulation of rubbish or garbage; garbage and debris
- IPMC 605.2- Minimum receptacles and GFI protection required; UF cable, no cover GFI (front porch); no GFI
- IPMC 303.1- Exterior property clean, safe and sanitary; garbage accumulated under back deck porch
- IPMC 303.10- Improper stair, balcony and porch (exterior); deck roof attached with blocks laying on roof; rot at back decking; hole in back decking floor; hole in roof and leaking onto back porch deck; front porch leaking

- o IPMC 303.12- Exterior handrails, guards in good condition; handrail at porch broken, not proper guardrails
- o IPMC 303.13- Exterior windows, doors and frame not sound; piece of paneling over window; broken windows; door out of alignment
- o IPMC 303.14- Exterior screens not present or damaged; torn screens
- o IPMC 304.4- Improper stair, ramp, balcony, porch, etc. (interior); missing handrails, no bottom step; stairway not proper, uneven size risers and threads, not proper support underneath
- o IPMC 304.5- Interior handrails and guards in good condition; missing handrails; stairway not proper, uneven size risers and threads, not proper support underneath
- o IPMC 304.6- Interior doors in good condition; broken doors
- o IPMC 302.7- Fences in good repair; fence needs repair

7. Said disrepair poses a serious danger to the health, safety and welfare of the residents of the City of Calumet City.

8. Officials of the City of Calumet City have caused inspections to be made of the subject premises and have determined that the building is so weakened that it is dangerous and unsafe, is a public hazard and nuisance, and is beyond reasonable repair.

**WHEREFORE, the City prays:**

A. That in accordance with the provisions of 65 ILCS 5/11-31-1(a), an order be entered granting the CITY OF CALUMET CITY authorization to demolish or repair the building.

B. That until the date of said demolition; all Defendants, or agents, shall only be allowed entry on the premises accompanied by a police officer (or other enforcement officer of the CITY

OF CALUMET CITY) and for the sole purpose of removing personal property therefrom. Until the date of said demolition, none of the Defendants shall perform any more work on the interior or the exterior of the premises nor shall they be allowed to remove construction material or any property which constitutes a fixture, or is attached to the building, and

C. That in accordance with the provisions of 65 ILCS 5/11-31-1 the fair and reasonable cost to demolish or repair the building, including court costs, attorney's fees and any other costs relating to the demolition or repair and the enforcement of this provision of the Illinois Compiled Statutes is recoverable from the Defendants and is a priority lien on the real estate described herein above, which lien, pursuant to statute, is superior to all prior existing liens and encumbrances on the real estate; and

D. This Honorable Court shall retain jurisdiction of this cause for the purposes of enforcement of the terms herein, for any post trial motions, for the issue of damages, and for foreclosure of any lien for said demolition; and

E. The City of Calumet City may file a Notice of Lien on the premises in the Office of the Cook County Recorder, pursuant to 65 ILCS 5/11-31-1; and

F. That the City be awarded judgment for all court costs, attorney fees, and any other costs related to this matter.

> The CITY OF CALUMET CITY, a Municipal Corporation, through the Law Offices of Dennis G. Gianopolus, P.C.
>
> By: _____
> JACQUELINE J. AGEE,
> one of its attorneys

Jacqueline J. Agee
Law Offices of Dennis G. Gianopolus, P.C.
18511 Torrence Avenue
Lansing, IL 60438
(708) 889-9626
Atty. No. 34464

## VERIFICATION

I, Rebecca Wojewoda, state that I am the duly appointed Fair Housing Administrator for the City of Calumet City, Illinois, and that under penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
Rebecca Wojewoda

```
                                                08 CV 2639
                                                JUDGE GETTLEMAN
        CERTIFICATE OF SERVICE                  MAGISTRATE JUDGE VALDEZ
```

   The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Document:

   **Notice of Removal and Notice of Filing Notice of Removal**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by FedEx overnight delivery on May 7, 2008, to the following non-ECF filers:

| | |
|---|---|
| Clerk of the Circuit Court<br>of Cook County<br>Sixth Municipal District<br>16501 South Kedzie Parkway<br>Room 119<br>Markham, Illinois 60426 | Dennis G. Gianopolus<br>18511 Torrence Avenue<br>Lansing, Illinois 60438 |

                s/ Ernest Y. Ling
                ERNEST Y. LING
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-5870
                ernest.ling@usdoj.gov