UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CITY OF CALUMET CITY, | ) | FILED: 5/7/2008 |
|  | ) | 08 CV 2639 JH |
| Plaintiff, | )  No. | JUDGE GETTLEMAN |
|  | ) | MAGISTRATE JUDGE VALDEZ |
| v. | ) |  |
|  | ) |  |
| SECRETARY OF HOUSING AND URBAN | ) | (formerly case no. 08 M6 001553 in |
| DEVELOPMENT, UNKNOWN OWNERS | ) | the Circuit Court of Cook County, |
| and NON-RECORD OWNERS, | ) | Illinois.) |
|  | ) |  |
| Defendants | ) |  |

**NOTICE OF FILING NOTICE OF REMOVAL**

To:   Clerk of the Circuit Court          Dennis G. Gianopolus
      of Cook County                      18511 Torrence Avenue
      Sixth Municipal District            Lansing, Illinois 60438
      16501 South Kedzie Parkway
      Room 119
      Markham, Illinois 60426

YOU ARE HEREBY NOTIFIED that on May 7, 2008, the United States of America filed in the office of the Clerk of the United States District Court for the Northern District of Illinois, its Notice of Removal in the above-entitled cause of action to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Document:

**Notice of Removal and Notice of Filing Notice of Removal**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by FedEx overnight delivery on May 7, 2008, to the following non-ECF filers:

Clerk of the Circuit Court
of Cook County
Sixth Municipal District
16501 South Kedzie Parkway
Room 119
Markham, Illinois 60426

Dennis G. Gianopolus
18511 Torrence Avenue
Lansing, Illinois 60438

s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov