UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CALUMET CITY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2639 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNKNOWN OWNERS and NON-RECORD OWNERS, | ) ) ) | (formerly case no. 08 M6 001553 in the Circuit Court of Cook County, Illinois.) |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANT'S MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant Secretary of Housing and Urban Development ("HUD"), by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for an extension of time to and until July 7, 2008 in which to answer or otherwise plead to the complaint. In support of this motion, HUD states as follows:

1. On May 7, 2008, HUD, through the United States Attorney, filed a notice of removal pursuant to 28 U.S.C. § 1446, thereby causing the removal of this case from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois.

2. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, in a removed action where the defendant has not answered, the defendant shall answer or otherwise plead to the complaint within 20 days after the service of summons or within 5 days after the filing of the petition for removal, whichever period is longest.

3. In this case, service of process was not perfected on HUD, as plaintiff failed to serve a copy of the summons and complaint upon either the United States Attorney or the Attorney

General in Washington, D.C., as required by Fed. R. Civ. P. 4 (i). Consequently, HUD's answer or other response to the complaint is due by May 14, 2008, which is within five days after the filing of the petition for removal, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure.

4. The undersigned has not yet received copies of the agency file necessary to prepare for the defense of this action.

5. Allowing HUD until July 7, 2008 in which to answer or otherwise plead to the complaint will therefore allow counsel to adequately review and respond to the complaint, including locating and reviewing any relevant agency files.

6. This HUD's first request for an extension of time in this case. The parties will not be prejudiced if the court enters an order allowing HUD's motion to answer or otherwise plead to the complaint.

WHEREFORE, defendant HUD moves this court for an extension of time to answer or otherwise plead to the complaint by July 7, 2008.

            Respectfully submitted,

            PATRICK J. FITZGERALD
            United States Attorney

            By: s/Ernest Y. Ling
                ERNEST Y. LING
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-5870
                ernest.ling@usdoj.gov