UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CALUMET CITY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2639 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNKNOWN OWNERS and NON-RECORD OWNERS, | ) ) ) | (formerly case no. 08 M6 001553 in the Circuit Court of Cook County, Illinois.) |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Dennis G. Gianopolus
      18511 Torrence Avenue
      Lansing, Illinois 60438

PLEASE TAKE NOTICE that on Tuesday, May 20, 2008 at 9:15 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Gettleman in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Federal Defendant's Motion for Extension of Time to Answer or Otherwise Plead to the Complaint**

in the above-captioned case, at which time and place you may appear if you see fit.

         Respectfully submitted,

         PATRICK J. FITZGERALD
         United States Attorney

        By: s/Ernest Y. Ling
         ERNEST Y. LING
         Assistant United States Attorney
         219 South Dearborn Street
         Chicago, Illinois 60604
         (312) 353-5870
         ernest.ling@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Document:

**Notice of Motion and Federal Defendant's Motion for Extension of Time to Answer or Otherwise Plead to the Complaint**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent first class mail, postage paid, on May 13, 2008, to the following non-ECF filers:

Dennis G. Gianopolus
18511 Torrence Avenue
Lansing, Illinois 60438

s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov