UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CALUMET CITY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2639 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNKNOWN OWNERS and NON-RECORD OWNERS, | ) ) ) | (formerly case no. 08 M6 001553 in the Circuit Court of Cook County, Illinois.) |
| | ) | |
| Defendants. | ) | |

## FEDERAL DEFENDANT'S MOTION TO DISMISS

Defendant Secretary of Housing and Urban Development ("HUD"), by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves to dismiss the complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure, as such local governmental actions to demolish federally owned property are barred by the Supremacy Clause of the Constitution. In support of this motion, HUD submits the attached memorandum of law.

WHEREFORE, defendant respectfully requests that the court grant the motion to dismiss.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Ernest Y. Ling
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov