UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CALUMET CITY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2639 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT, UNKNOWN OWNERS and NON-RECORD OWNERS, | ) ) ) | (formerly case no. 08 M6 001553 in the Circuit Court of Cook County, Illinois.) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Dennis G. Gianopolus                John Joseph Meehan
     18511 Torrence Avenue               Law Offices of John J. Meehan
     Lansing, Illinois 60438             33 North Dearborn Street
                                         Suite 300
                                         Chicago, IL 60602

PLEASE TAKE NOTICE that on Thursday, July 10, 2008 at 9:15 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Gettleman in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Federal Defendant's Motion to Dismiss**

in the above-captioned case, at which time and place you may appear if you see fit.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

                By: s/ Ernest Y. Ling
                    Assistant United States Attorney
                    219 South Dearborn Street
                    Chicago, Illinois 60604
                    (312) 353-5870
                    ernest.ling@usdoj.gov

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Document:

**Notice of Motion, Federal Defendant's Motion to Dismiss and Memorandum in Support of Federal Defendant's Motion to Dismiss**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent first class mail, postage paid, on July 3, 2008, to the following non-ECF filers:

Dennis G. Gianopolus
18511 Torrence Avenue
Lansing, Illinois 60438

s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov